# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

UNITED STATES OF AMERICA

v.  Case No. 6:07-cr-107-Orl-28UAM

MITCHELL LOPEZ

| | | | |
|---|---|---|---|
| **JUDGE:** | John Antoon II | **COUNSEL FOR GOVT:** | Bruce S. Ambrose |
| **DEPUTY CLERK:** | Darleen Darley | **COUNSEL FOR DEFT(S):** | Mark H. Randall |
| **COURT REPORTER:** | Koretta Stanford | **PRETRIAL/PROBATION:** | Lisa Kindel |
| **DATE/TIME:** | January 3, 2008 10:20-11:00 a.m. | **INTERPRETER:** | None |

## CLERK'S MINUTES ON CRIMINAL SENTENCING

Defendant is adjudged guilty on Count One of the Indictment.

Motion for Court to recognize defendant's substantial assistance (Doc. No. 730) - Denied.

IMPRISONMENT:   168 Months to run concurrently to the remainder of the undischarged term of imprisonment imposed in the Northern District of Texas, Case No. 6:07-CR-4-C(01) on June 15, 2007

Court Recommends:   That defendant be confined at FCI Pensacola, Florida.

Supervised Release:   5 Years.

MANDATORY DRUG TESTING requirements are: Imposed.

Special Conditions of Supervised Release are:

    Participate in a program for treatment of narcotic addiction or drug or alcohol dependency.

    Community Service Program:   Perform 150 hours in lieu of paying a fine.

    Cooperate in the collection of DNA as directed by the Probation Officer.

Fine and costs of imprisonment/supervision:   Waived.

Special Assessment:   $100.00.

Defendant is remanded to the custody of the U.S. Marshal.

Additional remarks:   Defendant is advised of his right to appeal..